IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 17-_____ |
|---|---|---|
| v. | : | DATE FILED:_____ |
| ROGER WALLACH | : | VIOLATIONS: |
|  |  | 18 U.S.C. § 2251(a), 2251(e) (manufacture |
|  | : | and attempted manufacture of child |
|  |  | pornography images - 9 counts) |
|  | : | 18 U.S.C. § 2252(a)(4) (possession of child |
|  |  | pornography – 1 count) |
|  | : | Notice of forfeiture |

**INDICTMENT**

**COUNTS ONE THROUGH NINE**

THE GRAND JURY CHARGES THAT:

On or about the dates listed below, each date constituting a separate offense, in the Eastern District of Pennsylvania, defendant

**ROGER WALLACH**

employed, used, persuaded, induced, enticed, and coerced Minor #1 and Minor #2 to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and attempted to do so, and the visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

| Count | Date of Offense | Victim |
|---|---|---|
| One | 6/19/17 | Minor #1 |
| Two | 7/17/17 | Minors #1 and #2 |
| Three | 7/22/17 | Minor #2 |
| Four | 8/7/17 | Minor #2 |

| Five  | 8/10/17 | Minor #2         |
|-------|---------|------------------|
| Six   | 8/11/17 | Minor #1         |
| Seven | 6/20/17 | Minors #1 and #2 |
| Eight | 8/7/17  | Minors #1 and #2 |
| Nine  | 8/16/17 | Minor #1         |

All in violation of Title 18, United States Code, Sections 2251(a), and 2251(e).

## COUNT TEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 17, 2017, in the Eastern District of Pennsylvania, defendant

**ROGER WALLACH**

knowingly possessed books, magazines, periodicals, films, video tapes and other matter, namely a Samsung cellular telephone, a Dell computer, an analog wrist watch, and online accounts, which contained visual depictions that had been produced using materials which had been shipped and transported in interstate and foreign commerce. The production of these visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of a minor engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Sections 2251(a) and 2252(a)(4)(B), as set forth in this indictment, defendant

**ROGER WALLACH**

shall forfeit to the United States of America:

(a) any visual depiction described in section 2251, or any film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received as a result of such violation;

(b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such violation;

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of such violation; and

(d) any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violations of Title 18, United States Code, Sections 2251(a), and 2252(a)(4)(B), including, but not limited to:

1. Samsung cellular telephone, model N920G, with IMEI number 352837072890774;
2. Dell Inspiron model 3459 All In One desktop computer, serial number 1Q4H922; and
3. Black Analog Watch with Micro SD Card

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL:

_____
GRAND JURY FOREPERSON

*Christine [signature] for*
**LOUIS D. LAPPEN**
United States Attorney