# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**RACHEL MARIE DIAMOND, A.K.A. ROGER WALLACH** | **CRIMINAL ACTION NO. 17-628** |

## ORDER

**AND NOW,** this 19th day of July 2022, upon consideration of Ms. Diamond's Motions to Order the Federal Bureau of Prisons and the United States to Change All Records of Petitioner [Doc. Nos. 37 & 38] and the government's opposition, it is hereby **ORDERED** that the Motions are **GRANTED in part** and **DENIED in part,** as follows:

1. To the extent that she has not already done so, Defendant is **DIRECTED** to provide evidence of her name change to the BOP. Upon receiving Defendant's documentation of the name change, the BOP is **DIRECTED** to enter Defendant's legal name, Rachel Marie Diamond, as her legal name in the SENTRY system if it has not already done so.

2. The Clerk of the Court is **DIRECTED** to change Defendant's name to Rachel Marie Diamond in the ECF system, with Roger Wallach listed as an A.K.A., as set forth in the caption of this Order.

3. Defendant's motion to retroactively change her name on prison and court records is **DENIED**.

4. The Clerk of the Court shall mail a copy of this order to Defendant at: Rachel Marie Diamond, A.K.A. Roger Wallach, 76221-066, FCI Fairton, Inmate Mail/Parcels, P.O. Box 420, Fairton, NJ 08320.[1]

It is so **ORDERED.**

**BY THE COURT:**

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**

---

[1] The Court includes Ms. Diamond's previous name solely to minimize any risk of mis-delivery, in recognition that BOP records associated with Ms. Diamond may not yet reflect her legal name.